Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 3

| | |
|---|---|
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE,<br><br>                      Plaintiff,<br>      v.<br>UNITED STATES,<br><br>                      Defendant. | Before: Hon. _____, Judge<br><br>Court No. 25-00167 |

**TO:** The Attorney General and the U.S. Department of Commerce:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                                      /s/ *Mario Toscano*
                                                                      Clerk of the Court

1. Plaintiff is the American Alliance for Solar Manufacturing Trade Committee. Plaintiff the American Alliance for Solar Manufacturing Trade Committee is an association, a majority of whose members is composed of manufacturers in the United States of a domestic like product and was a petitioner in the proceeding underlying this appeal and is therefore an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(F). Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the countervailing duty investigation on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Thailand: Final Affirmative Countervailing Duty Determination and Final Affirmative Determination of Critical Circumstances, 90 Fed. Reg. 17,380 (Dep't Commerce Apr. 25, 2025). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II), (a)(2)(B)(i).
(Brief description of the contested determination)

3. Commerce issued its final determination on April 18, 2025, and the corresponding order was published on June 24, 2025.
(Date of determination)

Form 3-2

4. Commerce published its final determination on April 25, 2025 and the corresponding order was published on June 24, 2025.
(If applicable, date of publication in Federal Register of notice of contested determination)

        Timothy C. Brightbill, Esq.
        Laura El-Sabaawi, Esq.
        Stephanie M. Bell, Esq.
        Kimberly A. Reynolds, Esq.
        Stephen A. Morrisson, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*/s/ Timothy C. Brightbill*
Signature of Plaintiff's Attorney

July 24, 2025
Date

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. Department of Commerce**
14th Street and Constitution Avenue, NW
Washington, DC 20230