**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:  THE HONORABLE TIMOTHY M. REIF, JUDGE

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 25-00167 |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| CANADIAN SOLAR INTERNATIONAL LTD., et al., | ) ) ) | |
| Defendant-Intervenors. | ) | |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States Court of International Trade, the undersigned, Sosun Bae, hereby enters an appearance as the principal attorney of record for defendant, the United States, in place of Daniel Bertoni and Claudia Burke.  Mr. Bertoni and Ms. Burke should be terminated as counsel for the case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White
FRANKLIN E. WHITE
Assistant Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 305-768
Fax:  (202) 353-0461
Email:  sosun.bae@usdoj.gov

November 17, 2025                    Attorneys for Defendant United States